UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WARREN M. BASCH,<br><br>        Plaintiff,<br><br>    vs.<br><br>GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA, INC.,<br><br>        Defendant | Case No. 4:18-cv-03244-HSG<br><br>ORDER PERMITTING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE<br><br>CMC Date:    September 25, 2018<br>CMC Time:    2:00 p.m. |

GOOD CAUSE THEREFOR APPEARING, the request of counsel for plaintiff Warren M. Basch to appear by telephone at the Case Management Conference in this matter is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: September 19, 2018

*Haywood S. Gilliam Jr.*
United States District Judge