Robert F. Keehn, Esq. (115848)
rkeehn@rfk-law.com
Law Office of Robert F. Keehn
1875 Century Park East, Suite 700
Los Angeles, CA 90067
(310) 551-6525 telephone
(310) 284-2654 facsimile

Attorney for Plaintiff
Warren M. Basch

Jordan S. Altura, Esq.
jaltura@grsm.com
Rebecca A. Hull, Esq.
rhull@grsm.com
Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900 telephone
(415) 986-8054 facsimile

Attorneys for Defendant Group Long Term
Disability Plan for Employees of Oracle America, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WARREN M. BASCH,<br><br>    Plaintiff,<br><br>vs.<br><br>GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA, INC.,<br><br>    Defendant. | Case No. 4:18-cv-03244-HSG<br><br>STIPULATED DISMISSAL AND ORDER THEREON |

1     Stipulation,Order of Dismissal

Plaintiff Warren M. Basch and Defendant Group Long Term Disability Plan for Employees of Oracle America, Inc. (referred to collectively as the "parties") have reached resolution of this matter. The parties hereby agree to dismiss this action in its entirety, with prejudice, pursuant to Fed.R.Civ.P 41(a), with all parties to bear their own fees and costs.

Dated: April 18, 2019  Law Office of Robert F. Keehn

By: /s/ *Robert F. Keehn*

Robert F. Keehn
Attorney for Plaintiff
Warren M. Basch

Dated: April 18, 2019  GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Rebecca A. Hull*

Rebecca A. Hull
Attorney for Defendant
Group Long Term Disability Plan for
Employees of Oracle America, Inc.

### **ATTESTATION OF E-FILED SIGNATURE**

I, Rebecca A. Hull, am the ECF user whose ID and password are being used to file this Stipulated Dismissal and [Proposed] Order. In compliance with Local Rule 5-1(i), I hereby attest that counsel for Plaintiff has concurred in this filing.

### **ORDER ON STIPULATION**

Upon the stipulation of the parties, the Court hereby dismisses this action with prejudice.

**SO ORDERED.**

Dated: April 19, 2019  _____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE